IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

AMY DIVINE, individually and on
behalf of all others similarly situated                                              PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:22-cv-510-HTW-LGI

SECURIX LLP                                                                          DEFENDANT

---

### DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT

---

COMES NOW, Securix LLP (hereinafter referred to as "Defendant" or "Securix"), by and through counsel of record, Tim C. Holleman and Hollis T. Holleman, Boyce Holleman & Associates, and files this its Motion to Dismiss or Alternatively Motion for Summary Judgment. This Motion is based upon the pleadings on file with the Court and the accompanying memorandum and exhibits attached thereto.

WHEREFORE, PREMISES CONSIDERED, Defendant, Securix LLP, respectfully requests that this Honorable Court grant this Motion to Dismiss or Alternatively Motion for Summary Judgment and dismiss Plaintiff's claims, with prejudice, and for all additional and appropriate relief.

Respectfully submitted, this the 17th day of October, 2022.

SECURIX LLP,
*Defendant*

BY: _____
HOLLIS T. HOLLEMAN, Attorney for Defendant

1

## CERTIFICATE

I, Hollis T. Holleman, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 17th day of October, 2022.

/s/ Hollis T. Holleman<br>
Hollis T. Holleman

Tim C. Holleman (Ms Bar #2526)<br>
Hollis T. Holleman (Ms Bar #105692)<br>
BOYCE HOLLEMAN & ASSOCIATES<br>
1720 23rd Ave./Boyce Holleman Blvd.<br>
Gulfport, MS 39501<br>
Telephone: (228) 863-3142<br>
Facsimile: (228) 863-9829<br>
Email: tim@boyceholleman.com<br>
       hollis@boyceholleman.com