STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

<span style="color:orange">**EXHIBIT A**</span>

## AFFIDAVIT OF JONATHAN MILLER

PERSONALLY HAVING COME AND APPEARED before me, the undersigned Notary Public, in and for the jurisdiction aforesaid, the within named, JONATHAN MILLER, who, after being by me first duly sworn, states that the following is based on his personal knowledge, that he is competent to do so, and sets forth the following, which would be admissible into evidence, to-wit:

My name is Jonathan Miller and the following is based upon my personal knowledge to which I am confident to testify about:

1. I am one of the Directors and the Chairman of Securix, LLC ("Securix"), a limited liability partnership incorporated in the State of Delaware with its principal place of business in Atlanta, Georgia. Securix, LLC is registered in Mississippi under the name Securix, LLP. At this time, a request has been made to correct the record with the Office of the Mississippi Secretary of State as the correct name should be "Securix, LLC" as is clear on the Certificate of Good Standing provided by the State of Delaware.

2. On or about May 27, 2021, Securix entered into a Professional Services Contract with the City of Ocean Springs, Mississippi. Securix is thus, a vendor for the City of Ocean Springs.

3. Securix is a public safety support system that uses government data and automatic license plate readers to identify uninsured vehicles and improve safety for everyone on the road. This program alerts officers if the safety camera, (these are not traffic cameras), detects a vehicle license plate that is not listed as being on the Insurance List for the State of Mississippi. Securix offers an optional diversion program to assist violators if they wish to use it. The program has no involvement with fines but instead, a fee is charged for the course and support provided.

4. The only persons that have access to the Insurance Information Database and the Mississippi Insurance Database are sworn officers with the City of Ocean Springs, Mississippi.

5. If a sworn law enforcement officer with the City of Ocean Springs writes a citation for violation of the Mississippi Mandatory Vehicle Liability Insurance Law and forwards that to Securix, then Securix will mail the vehicle owner the citation. A letter is sent with the citation. The letter advises that if there was insurance on the vehicle, then the owner can contact Securix and the matter will be quickly and respectfully resolved. If there was no insurance on file it can only be because the vehicle owner's insurer failed to report properly. The owner can voluntarily enter the approved Diversion Program or contest the citation in court.

6. The Diversion Program was authorized by the Ocean Springs Municipal Court Judge.

7. At this time, only the City of Ocean Springs, Mississippi is operating a Diversion Program involving Securix. The City of Senatobia, Mississippi has entered into an agreement with Securix but no citations have been issued at this time.

8. Securix has had negotiations with numerous other cities in Mississippi but said cities are waiting on the written Attorney General Opinion with regard to this Program and/or the outcome of this litigation.

FURTHER, Affiant saith not.

_____
JONATHAN MILLER

SWORN TO AND SUBSCRIBED before me, this the fourteenth day of October, 2022.

_____
NOTARY PUBLIC

My Commission Expires:
10/14/2025

Joshua Edward Sarkisian
COMM # 2378465
RIVERSIDE County
California Notary Public
Comm Exp Oct. 14, 2025