# Brian Herrington

| | |
|---|---|
| **From:** | Navketan Aujla <Navketan_Desai@mssd.uscourts.gov> |
| **Sent:** | Monday, July 18, 2022 9:08 AM |
| **To:** | Brian Herrington; leidelman@cjl.law; 'david.gettings@troutmansanders.com'; 'jatallah@foley.com'; 'johanna.mcmullan@pmp.org'; cwestbrook@pmp.org |
| **Cc:** | Terri Barnes |
| **Subject:** | RE: Hitt v. Equifax et al; 3:21-cv-665 |

Good Morning, Mr. Herrington:

Judge Wingate has granted your request to be excused from this conference; however, lead counsel is expected to appear on behalf of the Plaintiff.

Thank you.

-Navketan Aujla
Law Clerk to Hon. Henry T. Wingate

---

**From:** Brian Herrington <bherrington@nationalclasslawyers.com>
**Sent:** Friday, July 15, 2022 7:02 PM
**To:** Navketan Aujla <Navketan_Desai@mssd.uscourts.gov>; leidelman@cjl.law; 'david.gettings@troutmansanders.com' <david.gettings@troutmansanders.com>; 'jatallah@foley.com' <jatallah@foley.com>; 'johanna.mcmullan@pmp.org' <johanna.mcmullan@pmp.org>; cwestbrook@pmp.org
**Cc:** Terri Barnes <Terri_Barnes@mssd.uscourts.gov>
**Subject:** Re: Hitt v. Equifax et al; 3:21-cv-665

**CAUTION - EXTERNAL:**

Dear Chambers:

My co-counsel Mr. Eidelman is lead counsel for Plaintiff and is more knowledgeable than I of the relevant issues. However, as local counsel, the Local Rules require me to attend this conference. In other litigation, I am lead counsel in an appeal to the 11th Circuit Court of Appeals and my opening brief is due on July 22. The appeal involves several issues including one of first impression.

Given these factors, I request that I be excused from the conference. In the alternative, I request that the conference be scheduled for a date after July 22.

If the Court prefers that I file a formal motion, please let me know.

Thank you for your consideration.

Brian K. Herrington
Chhabra Gibbs & Herrington PLLC
a Mass Tort & Class Action Firm

1

**EXHIBIT 1**

120 North Congress Street, Suite 200
The Plaza Building
Jackson, MS 39201

T | 601 948 8005 F | 601 948 8010
bherrington@nationalclasslawyers.com

---

**From:** Navketan Aujla <Navketan_Desai@mssd.uscourts.gov>
**Sent:** Friday, July 15, 2022 4:18 PM
**To:** Brian Herrington <bherrington@nationalclasslawyers.com>; leidelman@cjl.law <Leidelman@cjl.law>; 'david.gettings@troutmansanders.com' <david.gettings@troutmansanders.com>; 'jatallah@foley.com' <jatallah@foley.com>; 'johanna.mcmullan@pmp.org' <johanna.mcmullan@pmp.org>; cwestbrook@pmp.org <cwestbrook@pmp.org>
**Cc:** Terri Barnes <Terri_Barnes@mssd.uscourts.gov>
**Subject:** Hitt v. Equifax et al; 3:21-cv-665

Good Afternoon, All:

Please be advised that Judge Wingate wishes to set this matter for a Settlement Conference on Thursday, July 21, 2022, at 9:30am. If this time is not acceptable, we can set it for any time on July 21. Please be prepared to argue all pending motions.
This conference can also be set for any time on Tuesday, July 19, or Wednesday, July 20.
Please inform us of your availability as soon as possible.

I have copied our courtroom deputy, Ms. Terri Barnes, on this email. She will set this matter after hearing from both sides, and then reach out to you with instructions for a Zoom conference.

Thank you.



*Navketan Aujla*
Law Clerk to Hon. Henry T. Wingate
United States District Court
Southern District of Mississippi
501 East Court Street
Jackson, MS   39201
Tel:  (601) 608-4100
Fax:  (601) 608-4109
Email:  navketan_aujla@mssd.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.