

**City of Moss Point**
4320 McInnis Avenue
Moss Point, Mississippi 39563

<u>billy.knight@cityofmosspoint.org</u>
Telephone (228) 475-0301
Facsimile (228) 474-4519

*Billy E. Knight, Sr.*
*Mayor*

September 22, 2022

Mr. Robert Wilkinson
734 Delmas Avenue
Pascagoula, MS 39567

    *Re: Securix Contract*

Dear Mr. Wilkinson,

    I want to thank you for bringing the opportunity of the Securix cameras to Moss Point. I have been advised by the City Attorney that there is a pending lawsuit in the federal court regarding the constitutionality of the use and ticketing through the proposed cameras. As such, I am requesting that all work in the City of Moss Point stop until such time as we have a clear understanding of the potential liability to the City.

    The City Attorney will be watching for updates, and I request that you keep the City apprised of the outcome of the litigation.

    Thanks,

    *[signature]*
    Billy E. Knight, Sr.
    Mayor

*TOGETHER FOR THE BEST MOSS POINT*
*WE ARE ALL IN THIS TOGETHER*
*BELIEVE*