# Orders/Judgments and Opinions

| Case Number | PDF | Filed Date | Entry Date | Type | Description |
|---|---|---|---|---|---|
| 22-11330<br>A1A Burrito Works, Inc., et al v. Sysco Jacksonville, Inc. | | 10/07/2022 | 10/07/2022 10:42:02 | Order | ORDER: Motion for extension to file reply brief filed by Appellants A1A Burrito Works, Inc., A1A Burrito Works Taco Shop 2, Inc. and Juniper Beach Enterprises, Inc. is GRANTED by clerk [9777569-2]. Reply brief due on 11/04/2022. **Any request for a second or subsequent extension of time shall be subject to 11th Cir. R. 31-2(d).** |

**Note:**
* Click on Case No. to get Case Summary
* Click on Short Title to get Case Query

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/03/2022 10:12:23 | | | |
| **PACER Login:** | htholleman | **Client Code:** | Securix |
| **Description:** | Order Selection Table | **Search Criteria:** | Search on filed date since 10/4/2022 for all, codes: p,j,o, case 22-11330 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |