# FINAL NOTICE - PRIOR TO COURT APPEARANCE



## Ocean Springs Community Safety Program

Help Desk: 601-790-7005  Online: www.courtstatus.com
3810 Bienville Blvd. Ocean Springs, MS 39564

### STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

Agency Code 3004 - Ocean Springs Police Department
in the City of Ocean Springs, Jackson County, Mississippi

AMY DIVINE
7479 OLD CANTON ROAD
MADISON, MS 39110

Citation
OS22-95197

License Plate # MAJ0268
State: MS
VIN: 1GNDV33L76D171069

Your vehicle was identified as being driven UNINSURED on a public road on the date, time and location listed below. See image to the right. You must respond by 07/01 to avoid penalties.

**Date:** 03/30/22  **Time:** 11:28 AM
**Location:** Hwy 90, Ocean Springs, MS
**At/Near Intersection:** Hanshaw East Bound

Amount Due: $300
Due Date: 07/01/2022

THE AFFIANT HEREIN, BEING DULY SWORN UPON OATH DOES DEPOSE AND SAY THAT AT THE DATE, TIME AND LOCATON THE NAMED DEFENDANT AS OWNER OF THE LISTED MOTOR VEHICLE DID WILFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF OPERATING/ ALLOWING THE OPERATION OF A VEHICLE ON A PUBLIC ROAD WITHOUT VEHICLE INSURANCE AS REQUIRED BY MISSISSIPPI CODE §63-15-4 AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI. THE RECORDED IMAGE HEREIN IS EVIDENCE OF THE VIOLATION THAT I HAVE PERSONALLY CONFIRMED AS A DULY SWORN OFFICER AND BASED ON MY INSPECTION OF RECORDED IMAGES AND GOVERNMENT INFORMATION I HAVE DETERMINED PROBABLE CAUSE THAT THIS VEHICE WAS IN VIOLATION.

Affiant/Officer Last Name: Ducote    Badge#: 401    *Michael 1 Ducote*

## AVOID SUSPENSION OF YOUR LICENSE

**YOU MUST:**

**PROVIDE PROOF OF INSURANCE AT TIME OF INFRACTION.** If your vehicle was properly insured on the referenced date and time and you believe you are receiving this notice in error there is a quick and easy way to provide proof of insurance at courtstatus.com. We will correct the record. If you have any questions call the Community Safety Help Desk at 601-790-7005.

**OR:**

**ACCEPT DIVERSION AND PAY A PROGRAM FEE INSTEAD OF COURT FINES AND FEES.** You may accept diversion and pay the $300 fee by the due date on this citation. **That can avoid license suspension,** keep this violation off your record, and prevent you owing far more money and dealing with serious penalties. Go to courtstatus.com, agree to not reoffend, take a short online course and pay the fee. Credit and debit cards are accepted. If you have questions call the Community Safety Help Desk at 601-790-7005.

**OR:**

**CONTEST THIS CHARGE AND APPEAR IN COURT.** You have the right to appear before a judge to contest this charge. Before contesting it please first review the information to determine if you have a valid defense. If you appear, you are rejecting your opportunity for diversion and its benefits. Valid defenses may include: vehicle or license plate reported stolen, vehicle sold and ownership transferred prior to the date/rime of infraction, etc. If you choose this option, then you are summoned to appear in person at **Ocean Springs Municipal Court, 3810 Bienville Blvd., Ocean Springs, MS 39564 from 9 AM to 2 PM** on 07/01/2022. If you have questions, go to courtstatus.com or call the Community Safety Help Desk at 601-790-7005.

## FINAL NOTICE PRIOR TO YOUR SCHEDULED COURT APPEARANCE

Exhibit 1

If your vehicle is registered in another state and you are operating it on a roadway in Mississippi without insurance and if you do not respond to this citation, (Option 1, 2, or 3), then this case will be reported through the NonResident Violator Compact to your state's DMV. You should then expect penalties to apply in your state in addition to penalties from this Mississippi violation.

**NOTICE: Resolving this matter does not resolve other notices, citations or summons if they exist. It also does not apply to any previous or subsequent offenses in this or any other jurisdiction.**

FAILURE TO RESPOND MEANS THAT YOUR VEHICLE LICENSE PLATE WILL REMAIN ON THE STATE OF MISSISSIPPI'S LIST OF UNINSURED VEHICLES, WHICH COULD RESULT IN THE STATE SUSPENDING YOUR LICENSE. IF YOU SHOW THAT THIS CITATION IS IN ERROR, THEN THE STATE OF MISSISSIPPI WILL BE NOTIFIED TO CORRECT THEIR LIST OF UNINSURED VEHICLES. YOU HAVE THE RIGHT TO ATTEND COURT ON THIS MATTER, AND YOU MAY BE ELIGIBLE TO ENTER INTO AN INSTALLMENT AGREEMENT.

## FINAL NOTICE PRIOR TO YOUR SCHEDULED COURT APPEARANCE