

# OCEAN SPRINGS POLICE DEPARTMENT

3810 Bienville Blvd
Ocean Springs, Mississippi 39564

April 6, 2022

To Whom it May Concern:

The City of Ocean Springs has partnered with CourtStatus.com to address the issue of vehicles being driven without insurance. In the State of Mississippi, the vehicle owner is responsible for maintaining auto insurance on any vehicle driven (or allowed to be driven) on a public roadway.

We previously issued and mailed a Uniform Traffic Ticket to you for the misdemeanor offense of driving without vehicle insurance based on the following: the vehicle is registered in your name; one of our ALPR cameras documented this vehicle being driven on a public roadway in Ocean Springs; the Mississippi Vehicle Insurance Database showed the vehicle as uninsured on the date it was being driven; and one of our police officers verified this information. Because you have not responded to the citation, I am sending this letter and a copy of this citation to serve as a final notice.

As noted on the Ticket, you have three options to respond and address this citation:

1. Contact the Help Desk at 601-790-7005 prior to the date listed on the enclosed Ticket if you have proof of insurance for the date of the citation:

    a. If your vehicle was insured in the State of Mississippi on the date of the citation, please contact the Help Desk to provide proof of coverage, and they will update the record and clear the citation. NOTE: If your vehicle is registered in Mississippi, but your insurance lists your residence in another state, then that is considered uninsured in Mississippi. Your vehicle must be insured for the address that you have the vehicle registered.

    b. If you are serving in the U.S. military and have out-of-state insurance coverage on the cited vehicle, please contact the Help Desk. They will update the record and clear the citation.

2. Choose to complete the online diversion program: take a short course on a smart phone or computer, pay the $300.00 diversion fee, and agree not to re-offend. Ocean Springs Municipal Court fine and fees for this offense total $510.00 or more. Diversion is being offered as a lower cost option that allows you to avoid license suspension, court, and other penalties. You can choose the diversion option by going online to www.CourtStatus.com or by calling the Help Desk at 601-790-7005.

3. Reject the diversion option and appear in court. The assigned court date, time, and location are listed on the enclosed Ticket.

Our objective is for vehicle owners to meet their legal responsibility to insure their driven vehicles. This letter is our final notice that you must take action to address the enclosed ticket.

Respectfully,

Chief Mark Dunston
Ocean Springs Police Department



P.O. Box 1800
Ocean Springs, MS 39566-1800

www.oceansprings-ms.gov

Exhibit 2