# Ocean Springs Police Department

in partnership with Securix LLC (CourtStatus.com)

Contact by Phone: 601-790-7005   Contact Online: CourtStatus.com



## STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

Agency Code 3004 - Ocean Springs Police Department in the City of Ocean Springs, Jackson County, Mississippi

**Citation Number: OS22-37999**    **Court Plea Date: 09/02/2022**

**KARL MERCHANT**
**1259 MONTICELLO BOULEVARD**
**OCEAN SPRINGS, MS 39564**

Failure to respond means that your vehicle license plate will remain on the State of Mississippi's list of uninsured vehicles, which could result in the State suspending your license.

**UPON OATH, THIS DULY SWORN OFFICER DOES DEPOSE AND SAY:** At the listed citation date, time, and location the above-named owner of the listed motor vehicle did willfully and unlawfully commit the offense of OPERATING OR ALLOWING THE OPERATION OF THE VEHICLE ON A PUBLIC ROAD WITHOUT VEHICLE INSURANCE as required by Mississippi Code §63-15-4 against the peace and dignity of the state of Mississippi. The recorded image, date, time, and location are evidence of the violation that I have personally confirmed. Based on my inspection of the image and of government records, I have determined probable cause that this vehicle owner was in violation of this statute.



**YOU ARE HEREBY NOTIFIED TO RESPOND:** on or before your Court Plea Date of 09/02/2022 (per the OPTIONS outlined below).

**Officer Last Name:** Beasley
**Badge #:** 203

**Signature:**

**Citation Date:** 06/12/2022
**Time:** 2:31 PM
**Location:** Bienville Blvd, Ocean Springs, MS
**At/Near Intersection:** Washington Ave East Bound2
**License Plate #:** JG57035
**State:** MS
**VIN:** 5TFTX4GN1EX027627

**OPTIONS**

If you believe this citation has been issued in error, please contact us prior to the listed Court Plea Date at 601-790-7005 or at CourtStatus.com to provide your proof of insurance; military status documents; commercial vehicle registration; certified bill of sale; stolen vehicle report; or other valid and verifiable documentation.

If you choose to complete the Diversion Program, you must respond by calling 601-790-7005 prior to your listed Court Plea Date OR by appearing in person on your Court Plea Date of 09/02/2022 (any time between 9:00 am-2:00 pm) to the Ocean Springs Municipal Court office lobby. Completion of the Diversion Program requires that you pay the $300.00 program fee (made payable to City of Ocean Springs), agree not to allow the vehicle to be driven uninsured on public roads, and take a short online course. Credit/debit card payments are accepted by phone at 601-790-7005, online at CourtStatus.com, or *in person only on your Court Plea Date*. Money order payments are accepted *in person only on your Court Plea Date*. No cash payments will be accepted.

You have the right to appear before a Judge to Contest this Citation. To contest, you must respond in person on your Court Plea Date of 09/02/2022 (any time between 9:00 am-2:00 pm) to the Ocean Springs Municipal Court office lobby. NOTE: If the Judge finds you guilty of this offense, then you will owe Ocean Springs Municipal Court fines and fees totaling $510.00. In addition, the State will suspend your driver's license for 1 year or until you pay all fines and fees, prove to the State that you have insurance, and pay the State's reinstatement fee.

NOTE: This citation is the result of three things: (1) your insurer reported to the State of Mississippi that this vehicle's insurance status was uninsured/lapsed/cancelled/invalid as of the date of this citation; (2) this same vehicle was identified by license plate as being driven on a public roadway on the date, time, and location listed below; and (3) after determining probable cause, we identified you as the owner of said vehicle.

NOTICE: Resolving this matter does not resolve other notices, citations or summons if they exist. It also does not apply to any subsequent offenses in this or any other jurisdiction.

Exhibit 3