IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**AMY DIVINE and KARL MERCHANT,**                                  **PLAINTIFFS**
on behalf of themselves and all others similarly situated

**v.**                                          **CIVIL ACTION NO. 3:22cv510-HTW-LGI**

**SECURIX, LLC**                                                                   **DEFENDANT**

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT SECURIX, LLC**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby enter this Stipulation of Dismissal without Prejudice of Defendant Securix, LLC. Each party will bear its own costs and attorney fees. All parties specifically reserve and do not waive any claims asserted in this action and such claims being specifically reserved.

Respectfully submitted, this the 10th day of August 2023.

| Plaintiffs Amy Divine and Karl Merchant | Defendant Securix, LLC |
|---|---|
| *s/ Brian K. Herrington* | *s/ Tim C. Holleman* |
| Brian K. Herrington, MB# 10204 | Tim C. Holleman, MB# 2526 |
| Chhabra Gibbs & Herrington PLLC | Hollis T. Holleman, MB# 105692 |
| 120 N. Congress Street, Suite 200 | Boyce Holleman & Associates |
| Jackson, MS 39201 | 1720 23rd Ave./Boyce Holleman Blvd. |
| T: 601-326-0820 | Gulfport, MS 39501 |
| F: 601-948-8010 | T: 228-863-3142 |
| E: bherrington@nationalclasslawyers.com | F: 228-863-9829 |
| | tim@boyceholleman.com |
| Counsel for Plaintiff | hollis@boyceholleman.com |
| | Counsel for Defendant |